Offices of Mark W. Lapham  (SBN 146352)
Mark W. Lapham, Esq.
751 Diablo Rd.
Danville, CA 94526
Tel:  (925) 837-9007
Fax: (650) 738-0375

Attorney for Plaintiff,
PENNY SLINGER HILLS

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PENNY SLINGER HILLS, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; CITI, a New York Corporation, ITS SUCCESSORS AND ASSIGNS; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation, as Trustee for BANK OF NEW YORK as Trustee for the STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-24A; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant(s). | Case No.: 15-cv-05108-EMC<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO ACCEPT UNTIMELY FILED AMENDED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; CERTIFICATE OF SERVICE**<br><br>**Date: February 3, 2016**<br>**Time: 9:30 a.m.**<br>**Courtroom: 5, 17th Floor**<br><br>**Honorable Judge: Edward M. Chen** |

///

IT IS STIPULATED by and between the parties, Plaintiff PENNY SLINGER HILLS, and Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS; and BANK OF NEW YORK as Trustee for the STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-24A ("Defendants"), as follows:

On December 17, 2015, Defendants filed their Notice of Motion and Motion to Dismiss Plaintiff's Amended Complaint ("MTD"), filed on December 2, 2015 (Docket No. 13)

Though Plaintiff timely filed her Opposition to Defendants' MTD on December 31, 2015 (Docket No. 21), Plaintiff's Counsel's Associate, who was given the responsibility to complete legal work product for Plaintiff's Opposition to MTD was in a three-car accident on highway 99 on December 27, 2015 in Madera, CA, in which his car was totaled and his six-year old son was hospitalized in three different hospitals in the first 48 hours of his four-day hospitalization (from December 28-December 31, 2015), in the cities of Bakersfield and Madera. He attempted to complete the Opposition timely (with 3.5 hours of sleep from 12/28-12/31/ 2015), including the Statement of Facts, but was unable to complete the draft of the Opposition to MTD by the time it was due to be filed.

Plaintiff filed her Amended Opposition with this Court on January 6, 2016 (Docket No. 23).

Defendants did not object to Plaintiff's late filing of her Amended Opposition to MTD.

Plaintiff and Defendants hereby stipulate that Plaintiff's untimely filed Amended Opposition to MTD be considered filed timely by this Honorable Court.

Defendants have no objection to the request for extension by Plaintiff for this Court to consider her Amended Opposition to MTD, as filed timely.

2

OPPOSITION TO MOTION TO DISMISS
CASE NO. 15-cv-05108-EMC; PAGE __ OF __

Defendants have already timely filed their Reply Brief with the Court as Docket No. 25.

Plaintiff has not previously received, nor requested, an extension of any kind in this case.

THEREFORE, IT IS STIPULATED that Plaintiff's Amended Opposition to MTD, which was filed on January 6, 2016, be considered timely filed by Plaintiff.

DATED: January 14, 2016                    **LAW OFFICES OF MARK W. LAPHAM**

                                                   _____/s/_____
                                                    Mark Lapham. Esq.
                                                    Attorney for Plaintiff

DATED: January 14, 2016                    **WRIGHT, FINLAY & ZAK, LLP**

                                                    _____/s/_____
                                                    Todd E. Chvat
                                                    Attorney for Defendants

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

## CERTIFICATE OF SERVICE

I certify that on January 14, 2016, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By:   /s Mark W. Lapham

LAW OFFICES OF MARK W. LAPHAM

marklapham@sbcglobal.net