1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   rfinlay@wrightlegal.net
3  Todd E. Chvat, Esq., SBN 238282
4  tchvat@wrightlegal.net
   4665 MacArthur Court, Suite 280
5  Newport Beach, CA  92660
6  Tel: (949) 477-5050; Fax: (949) 477-9200
7
   Attorneys for Defendants
8  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
9  CITIMORTGAGE, INC., and BANK OF NEW YORK, as Trustee for the
   STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-
10 THROUGH CERTIFICATES, SERIES 2003-24A
11
                    UNITED STATES DISTRICT COURT
12
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

| | | |
|---|---|---|
| 14 | PENNY SLINGER HILLS, | Case No: 15-cv-05108-EMC |
| 15 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 16 | vs. | **ORDER TO CONTINUE INITIAL CASE MANAGEMENT** |
| 17 | MORTGAGE ELECTRONIC | **CONFERENCE** |
| 18 | REGISTRATION SYSTEMS, INC., a | |
| 19 | Delaware Corporation; | Current Date: February 18, 2016 |
|    | CITIMORTGAGE, INC., a New York | Time: 9:30 a.m. |
| 20 | Corporation, ITS SUCCESSORS AND | Courtroom: 5, 17th Floor |
| 21 | ASSIGNS, NATIONAL DEFAULT | Phillip Burton Federal Building |
|    | SERVICING CORPORATION, an | 450 Golden Gate Avenue |
| 22 | Arizona Corporation, as Trustee for | San Francisco, CA 94102 |
| 23 | BANK OF NEW YORK, as Trustee for | |
|    | the STRUCTURED ASSET | |
| 24 | SECURITIES CORPORATION | |
| 25 | MORTGAGE PASS THROUGH | |
| 26 | CERTIFICATES, SERIES 2003-24A; | |
|    | and DOES 1 through 50, inclusive, | |
| 27 | | |
| 28 | Defendants. | |

1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1    IT IS HEREBY STIPULATED by and between the Parties, Plaintiff PENNY SLINGER HILLS ("Plaintiff") and Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIMORTGAGE, INC., BANK OF NEW YORK, as Trustee for the STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2003-24A, and NATIONAL DEFAULT SERVICING CORPORATION, as follows:

WHEREAS, the Court issued its Order setting Initial Case Management Conference and ADR Deadlines on November 9, 2015 ("Order") [Docket No. 5];

WHEREAS, per the Order, the Case Management Conference was set for February 4, 2016 at 9:30 a.m. in Courtroom 5;

WHEREAS, on December 23, 2015, the Case Management Conference was reset by the Clerk to February 18, 2016 at 9:30 a.m. in Courtroom 5 [Docket No. 18];

WHEREAS, Plaintiff's action asserts various wrongful foreclosure type claims;

WHEREAS, Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIMORTGAGE, INC., and BANK OF NEW YORK, as Trustee for the STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2003-24A currently have a Motion to Dismiss scheduled for hearing on February 3, 2016 at 9:30 a.m.;

WHEREAS, Defendant NATIONAL DEFAULT SERVICING CORPORATION also currently has a Motion to Dismiss on calendar;

WHEREAS, both motions are fully briefed;

WHEREAS, given the nature of the claims and the dispositive motions currently pending before the Court, the Parties believe that the Case Management Conference is premature as the pleadings will likely not be at issue for approximately 60 days.

THEREFORE, IT IS HEREBY STIPULATED that the Case Management Conference currently set for February 18, 2016 at 9:30 a.m. in Courtroom 5 should be continued approximately 60 days, or until April 21, 2016 at 9:30 a.m., or a date thereafter subject to the Court's availability.

DATED: January 25, 2016     LAW OFFICES OF MARK W. LAPHAM

    / Mark Lapham /
Mark Lapham, Esq.,
Attorney for Plaintiff
PENNY SLINGER HILLS

DATED: January 25, 2016     WRIGHT, FINLAY & ZAK, LLP

    / Todd E. Chvat /
Todd E. Chvat, Esq.
Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CITIMORTGAGE, INC., and BANK OF NEW YORK, as Trustee for the STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-24A

DATED: January 25, 2016     TIFFANY & BASCO, P.A.

    /Theron S. Covey
Theron S. Covey, Esq.,
Attorney for Defendant
NATIONAL DEFAULT SERVICING CORPORATION

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

# [PROPOSED] ORDER

Upon a review of the above Stipulation and for good cause appearing, IT IS HEREBY ORDERED THAT:

(1) The Case Management Conference currently set for February 18, 2016 at 9:30 a.m. in Courtroom 5 is continued until __April 21, 2016__ at 9:30 a.m. in Courtroom 5 of the above-captioned court.

(2) All other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

**IT IS SO ORDERED**.  The February 3, 2016 motion hearing remains set. Parties are required to appear in person.

_____
Hon. Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

## PROOF OF SERVICE

I, Margaret Augustyniak, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On January 25, 2016, I served the within **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** on all interested parties in this action as follows:

[ ]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Mark W. Lapham, Esq. | Theron S. Covey, Esq |
| Law Offices of Mark W. Lapham | TIFFANY & BOSCO, P.A. |
| 751 Diablo Road | 1230 Columbia Street, Suite 680 |
| Danville, CA 94526 | San Diego, Ca 92101 |
| (925) 837-9007 | (619) 501-3503 |
| **Attorney for Plaintiff** | **Attorney for Defendant** |
| **Penny Slinger Hills** | **National Default Servicing Corp.** |

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY CERTIFIED MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested.

[ ]   (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

PROOF OF SERVICE

1  [ ]   (BY GOLDEN STATE OVERNIGHT- NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Golden State Overnight with the delivery fees provided for.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on January 25, 2016, at Newport Beach, California.

_/s/ M. Augustyniak_
Margaret Augustyniak