UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY SLINGER HILLS,<br><br>        Plaintiff,<br><br>    v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC, et al.,<br><br>        Defendants. | Case No.  15-cv-05108-EMC<br><br>**JUDGMENT** |

On February 5, 2016, the Court granted Defendants' Motions to Dismiss (Docket Nos. 13, 19). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 5, 2016

                                        EDWARD M. CHEN
                                        United States District Judge