1  Law Offices of Mark W. Lapham (SBN 146352)
   Mark W. Lapham, Esq.
2  751 Diablo Rd.
   Danville, CA 94526
3  Tel:  (925) 837-9007
4  Fax: (650) 738-0375

5  Attorney for Plaintiff,
   PENNY SLINGER HILLS
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                 **FOR NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN FRANCISCO DIVISION**
11

12                                          )
                                            )
13  PENNY SLINGER HILLS, an individual      )   Case No.: 15-cv-05108-EMC
                                            )   [Hon. Edward M. Chen, CRTM 5, 17th Floor]
14           Plaintiff,                     )
                                            )
15           v.                             )   **REQUEST FOR DISMISSAL OF**
                                            )   **DEFENDANT NATIONAL DEFAULT**
16  MORTGAGE ELECTRONIC                     )   **SERVICING CORPORATION**
    REGISTRATION SYSTEMS, INC., a           )
17  Delaware Corporation; CITI, a New York  )
    Corporation, ITS SUCCESSORS AND         )
18  ASSIGNS; NATIONAL DEFAULT               )
    SERVICING CORPORATION, an Arizona       )
19  Corporation, as Trustee for BANK OF NEW )
    YORK as Trustee for the STRUCTURED      )
20  ASSET SECURITIES CORPORATION            )
    MORTGAGE PASS-THROUGH                   )
21  CERTIFICATES, SERIES 2003-24A; and      )
    DOES 1 through 50, inclusive,           )
22                                          )
                                            )
23           Defendant(s).                  )
                                            )
24                                          )
                                            )
25                                          )
                                            )
26  _____)

27
                                       1
28  Request for Dismissal of Defendant NDSC          REQUEST FOR DISMISSAL OF NDSC

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff PENNY SLINGER HILLS, an individual ("Plaintiff") requests that defendant NATIONAL DEFAULT SERVICING CORPORATION, an Arizona Corporation, as Trustee for BANK OF NEW YORK as Trustee for the STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-24A ("NDSC") be dismissed with prejudice from the above-entitled action.

Respectfully submitted,

Dated: May 4, 2016                     LAW OFFICES OF MARK W. LAPHAM

By:  /s/ Mark W. Lapham        .
              Mark Lapham. Esq.

Attorney for Plaintiff
PENNYSLINGER HILLS

**CERTIFICATE OF SERVICE**

I certify that on May4, 2016, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ Mark W. Lapham

LAW OFFICES OF MARK W. LAPHAM

marklapham@sbcglobal.net

```
IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District J
```



3

Request for Dismissal of Defendant NDSC                REQUEST FOR DISMISSAL OF NDSC