FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PENNY SLINGER HILLS,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation and CITI MORTGAGE, INC., a New York corporation, Its Successors and Assigns,<br><br>        Defendants-Appellees. | No. 16-15281<br><br>D.C. No. 3:15-cv-05108-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The opening brief was due September 2, 2016. Court records do not indicate that appellant has filed the opening brief or a motion for an extension of time to do so. This case is dismissed under Ninth Cir. R. 42-1.

A copy of this order sent to the district court shall act as and for the mandate of this court.

Appellees' motion (Docket Entry No. 16) to dismiss is denied as unnecessary.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk

24OCT2016/LBS/ProMo